UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2003 DEC 17  PM 1: 05

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE, F/K/A JOYCE CUNLIFFE
NANCY CIVITARESE,
RHONDA KLINE, et al

CASE NO: 2:03-CV-495-FTM-29DNF

    Plaintiffs,

ECKERD CORPORATION OF FLORIDA, INC.
ECKERD CORPORATION,

    Defendants,

_____/

**FIRST SUPPLEMENT TO APPENDIX OF EXHIBITS IN SUPPORT OF
PLAINTIFFS' MOTION FOR NOTICE TO POTENTIAL PLAINTIFFS**

In accordance with the representations contained in Plaintiffs' Motion to Allow

Nationwide Notification, Plaintiffs hereby supplements its appendix with additional

declarations of Eckerd employees who testify that they were improperly paid in regards

to their hours worked over forty. This is additional evidence of the scope of Eckerd's

policy, pattern, or practice of failing to pay employees time and one-half for hours

worked over forty. The additional exhibits are as follows:

| EXHIBIT | PAGES | DESCRIPTION |
|---------|-------|-------------|
| A | 001-002 | Sworn Declaration of Joyce Brindle (Cunliffe) |
| B | 003-004 | Sworn Declaration of Lance Teblum |
| C | 005-006 | Sworn Declaration of Bernadette Teblum |
| D | 007-008 | Sworn Declaration of Nancy Civitarese |
| E | 009-010 | Sworn Declaration of Mark Lovely |
| F | 011-012 | Sworn Declaration of Sheila Prevost |
| G | 013-014 | Sworn Declaration of Mandie Hattaway |
| H | 015-016 | Sworn Declaration of James Wolff |
| I | 017-018 | Sworn Declaration of Richard Rohrbacher |



| J | 019-020 | Sworn Declaration of Jo Ann Martin |
| K | 021-022 | Sworn Declaration of William Puckett |
| L | 023-024 | Sworn declaration of Michael Williams |
| M | 025-026 | Sworn Declaration of Danelle Curl |

Respectfully submitted,

Bill B. Berke, Esq.
FLA. Bar No. 558011
**Berke & Lubell, P.A.**
1003 Del Prado Blvd.
Suite 300
Cape Coral, FL 33990
TEL: (239) 549-6689
FAX: (239) 549-3331

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document will be served by regular United States Mail to counsel for Defendants, Michael Pancier, Esq., ROTHSTEIN, ROSENFELDT, DOLIN &PANCIER, P.A., 300 Las Olas Place, Suite 860, 300 SE 2nd Street, Fort Lauderdale, FL 33301 this __16__ day of __DeC.__, 2003.

Bill B. Berke
Florida Bar # 55801

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2003 DEC 17  PM 1: 35

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

               Plaintiffs,

vs.                             CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

               Defendant.
_____/

## AFFIDAVIT

On this day before me, an officer duly authorized in the State and County aforesaid to take

acknowledgments and administer oaths, personally appeared JOYCE BRINDLE (CUNLIFFE) who,

after being by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.     My name is JOYCE BRINDLE (CUNLIFFE). I am a Plaintiff in the above-entitled

        cause, and I have personal knowledge of the facts contained herein.

2.     I live in _Lee_ county in the state of _Florida_

3.     I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor from

        _Aug 1999_ to _Nov. 2002_

4.     I work or have worked in an Eckerd store located in _South West Florida_

5.     I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three

        years of this lawsuit being filed.

6.     When I worked under forty hours I was paid hourly, and not at a fixed salary.

7.     When I worked over forty hours I was not paid time and one-half.

8.      When I inquired as to why I was not paid time and one-half for my hours worked over forty, I was told by Eric Dent, who to my knowledge was Photo-Lab District Store Manager, that this was Eckerd's nationwide policy.

9.      Upon information and belief, I am aware that there are numerous other Photo-Lab Managers/Supervisors who are improperly paid overtime and if notified would opt-in to this lawsuit.

FURTHER AFFIANT SAYETH NAUGHT.

JOYCE BRINDLE (CUNLIFFE)

STATE OF _____ FL _____

COUNTY OF _____ lee _____

        Sworn to and subscribed before me this  15  day of  Dec ,  , 2003, by Joyce Brindle (Cunliffe) who is personally  known  to me or produced_____ as identification.

(SEAL)

_____
NOTARY PUBLIC

_____
Typed or Printed Name of Notary
MY COMMISSION EXPIRES:



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2003 DEC 17  PM 1:35

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

                Plaintiffs,

vs.                                   CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

                Defendant.
_____/

## AFFIDAVIT

On this day before me, an officer duly authorized in the State and County aforesaid to take

acknowledgments and administer oaths, personally appeared LANCE TEBLUM who, after being by

me first duly cautioned and sworn, upon his/her oath deposes and says;

1.      My name is LANCE TEBLUM. I am a Plaintiff in the above-entitled cause, and I

          have personal knowledge of the facts contained herein.

2.      I live in _LEE_ county  in the state of _FLORIDA_.

3.      I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor from

          _1997_ to _2003_.

4.      I work or have worked in an Eckerd store located in _FT. Myers, FL._.

5.      I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three

          years of this lawsuit being filed.

6.      When I worked under forty hours I was paid hourly, and not at a fixed salary. I have

          attached a check stub showing this as Exhibit A. (The hours and pay are highlighted

in yellow.)

7.    When I worked over forty hours I was not paid time and one-half. I have attached a

check stub showing this as Exhibit B. (The hours and pay are highlighted in yellow.)

8.    When I inquired as to why I was not paid time and one-half for my hours worked

over forty, I was told by Eric Dent, who to my knowledge, was Photo-Lab District

Manager, that this was Eckerd's nationwide policy.

9.    Upon information and belief, I am aware that there are numerous other Photo-Lab

Managers/Supervisors who are improperly paid overtime and if notified would opt-in

to this lawsuit.


FURTHER AFFIANT SAYETH NAUGHT.

_____
LANCE TEBLUM

STATE OF _____FL_____

COUNTY OF _____Lee_____

      Sworn to and subscribed before me this _lo_ day of ___Dec.____, 2003, by Lance

Teblum who is personally known to me or produced_____as

identification.


(SEAL)                _____
                          NOTARY PUBLIC

BILL B. BERKE
MY COMMISSION # DD 251870
EXPIRES: September 18, 2007
Bonded Thru Notary Public Underwriters

**Eckerd Corporation**
P.O. Box 4689
Clearwater, Fl. 33758

| | |
|---|---|
| Pay Group: | NFL-North Florida Region |
| Pay Begin Date: | 01/26/03 |
| Pay End Date: | 02/08/03 |

Check #:  1776517
Check Date: 02/14/03

Lance T Teblum
1510 Se 11Th Place
Cape Coral Fl 33990

SSN: 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

| | |
|---|---|
| Employee ID: | 2020369 |
| Department: | 4556000-Minilab #4556 D/S #2155 |
| Location: | D/S: 17105 San Carlos Blvd |
| Job Title: | FWW EP Lab Mgr E1 |
| Pay Rate: | $507.12 Weekly |

| TAX DATA: | Federal | FL State |
|---|---|---|
| Marital Status: | Married | |
| Allowances: | 0 | 2 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Fww Wk 1 | 12.678000 | 40.00 | 507.12 | 159.00 | 2,015.80 | Fed Withholdng | 94.09 | 383.65 |
| Fww Wk 2 | 12.678000 | 19.50 | 247.22 | 139.50 | 1,768.58 | Fed MED/EE | 14.92 | 60.40 |
| FWW Ot Wk1 | | | 44.43 | 23.40 | 123.93 | Fed OASDI/EE | 63.81 | 258.26 |
| FWW Ot Wk1 | | 8.50 | 0.00 | | 0.00 | | | |
| Sick Wk 2 | | | 280.30 | 24.00 | 280.30 | | | |
| Stck Wk 2 | 24.00 | | 0.00 | | 0.00 | | | |
| FWW Ot Wk2 | | | 0.00 | 21.40 | 113.47 | | | |
| Persnl Day | | | 0 00 | 8.00 | 50.44 | | | |

## TAXES

EXHIBIT
A

| | | | | | | Check #: | 1410458 |
|---|---|---|---|---|---|---|---|

Pay Group: NFL-North Florida Region
Pay Begin Date: 07/28/02
Pay End Date: 08/10/02                    Check Date: 08/16/02

## Eckerd Corporation
P.O. Box 4689
Clearwater, FL 33758

| | |
|---|---|
| Lance T. Teblum | Employee ID: 2020369 |
| 1518 Se 11th Place | Department: 4556000-Minilab #4556 DJS #2155 |
| Cape Coral FL  33990 | Location: DJS: 17105 San Carlos Blvd |
| | Job Title: FUM EP Lab Mgr E1 |
| SSN: 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 | Pay Rate: $499.12 Weekly |

TAX DATA:    Federal    FL  State
Marital Status:    Married
Allowances:    0    2
Addl. Pct.:
Addl. Amt.:

### HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Reg Wk 1 | 12.478000 | 40.00 | 499.12 | 617.80 | 7,706.41 | Fed Withholding | 92.94 | 1,910.35 |
| Reg Wk 2 | 12.478000 | 40.00 | 499.12 | 667.10 | 8,324.07 | Fed MED/EE | 14.81 | 270.23 |
| FUM Wk 1 | | | 37.68 | 67.50 | 356.73 | Fed OASDI/EE | 63.33 | 1,155.48 |
| FUM Ot Wk1 | | | 29.19 | 98.20 | 479.92 | | | |
| FUM Wk 2 | | | 0.00 | | 0.00 | | | |
| FUM Ot Wk2 | | | 0.00 | | 0.00 | | | |
| FUM Vac Wk1 | | 5.00 | 0.00 | | 35.35 | | | |
| FUM Ot Wk2 | | 15.00 | 0.00 | 10.00 | 80.54 | | | |
| Fum Vac Wk2 | | | 0.00 | | | | | |
| Misc Pay | | | 0.00 | 20.00 | 198.59 | | | |
| Sick Wk 2 | | | 0.00 | 8.00 | 59.82 | | | |
| Persnl Day | | | 0.00 | | 990.00 | | | |
| EP Sales Bonus | | | 0.00 | | 202.15 | | | |
| EP COP Bonus | | | | | | | | |

**EXHIBIT**

tabbies

B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

                Plaintiffs,

vs.                                 CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

                Defendant.
_____/

## AFFIDAVIT

On this day before me, an officer duly authorized in the State and County aforesaid to take acknowledgments and administer oaths, personally appeared BERNADETTE TEBLUM who, after being by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.     My name is BERNADETTE TEBLUM. I am a Plaintiff in the above-entitled cause, and I have personal knowledge of the facts contained herein.

2.     I live in _L E E_ county in the state of _F l o r i d a_.

3.     I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor from _1999_ to _2001_.

4.     I work or have worked in an Eckerd store located in _Cape Coral, FL_.

5.     I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three years of this lawsuit being filed.

6.     When I worked under forty hours I was paid hourly, and not at a fixed salary. I have attached a check stub showing this as Exhibit A. (The hours and pay are highlighted



in yellow.)

7.      When I worked over forty hours I was not paid time and one-half. I have attached a
check stub showing this as Exhibit B. (The hours and pay are highlighted in yellow.)

8.      When I inquired as to why I was not paid time and one-half for my hours worked
over forty, I was told by Eric Dent, who to my knowledge, was Photo-Lab District
Manager, that this was Eckerd's nationwide policy.

9.      Upon information and belief, I am aware that there are numerous other Photo-Lab
Managers/Supervisors who are improperly paid overtime and if notified would opt-in
to this lawsuit.

FURTHER AFFIANT SAYETH NAUGHT.

BERNADETTE TEBLUM

STATE OF _____ PL _____

COUNTY OF _____ Lee _____

Sworn to and subscribed before me this _10_ day of _ Dec _____, 2003, by

Bernadette Teblum who is personally known to me or

produced_____as identification.

(SEAL)

_____
NOTARY PUBLIC

BILL B. BERKE
MY COMMISSION # DD 251670
EXPIRES: September 18, 2007
Bonded Thru Notary Public Underwriters

| CHECK NO. | PERIOD END | STORE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY RATE |
|---|---|---|---|---|---|
| 8468467 | 09/30/00 | 307 | Berr... ette T Teblum | 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 | 483.00 |

| EARNINGS THIS CHECK | HRS. THIS CK. | YTD GROSS | TAXES THIS CHECK | DEDUCTIONS THIS CK. | NET THIS CHECK |
|---|---|---|---|---|---|
| 966.01 | 80.00 | 18,838.05 | 181.59 | 0.00 | 784.42 |

| EARNINGS TYPE | HOURS | AMOUNT | STAT-EXMPS | TAXES & DEDUCTIONS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|
| Salary Wk1 | 25.00 | 301.88 | M  0 | Fed Withholdn | 107.69 | 2,044.29 |
| Sick Wk 1 | 15.00 | 181.13 | M  0 | Fed FICA - MH | 14.01 | 273.15 |
| Sick Wk 2 | 40.00 | 483.00 | M  0 | Fed OASDI/Dis | 59.89 | 1,167.96 |
|  |  |  | M  0 | Cash Adv | 0.00 | 870.21 |

|  |  |
|---|---|
| As of | 09/30/00 |
| Total VAC | 40.00 |
| VAC Used | 0.00 |
| Total PERS | 24.00 |
| PERS Used | 0.00 |

**EXHIBIT**

_A_

| CHECK NO. | PERIOD END | STORE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY RATE |
|---|---|---|---|---|---|
| 8152668 | 04/29/00 | 4377 | Bernadette T Teblum | 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 | 400.00 |

| EARNINGS TH~ CHECK | HRS. THIS CK. | YTD GROSS | TAXES THIS CHECK | DEDUCTIONS THIS CK. | NET THIS CHECK |
|---|---|---|---|---|---|
| 8~9.85 | 103.30 | 8,292.04 | 164.34 | 0.00 | 725.51 |

| EARNINGS TYPE | HOURS | AMOUNT | STAT-EXMPS | TAXES & DEDUCTIONS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|
| Fww Wk 1 | 40.00 | 400.00 | M   0 | Fed Withholdn | 96.27 | 871.70 |
| Fww Wk 2 | 40.00 | 400.00 | M   0 | Fed FICA - MH | 12.90 | 120.23 |
| FWW Ot Wk1 | | 39.67 | M   0 | Fed OASDI/Dis | 55.17 | 514.11 |
| FWW Ot Wk2 | | 50.18 | M   0 | Cash Adv | 0.00 | 280.00 |
| | 9.90 | | | | | |
| | 13.40 | | | | | |

As of         04/29/00
Total VAC       0.00
VAC Used        0.00
Total PERS     16.00
PERS Used       0.00



EXHIBIT

B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2003 DEC 17  PM 1: 36

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

                    Plaintiffs,

vs.                                              CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

                    Defendant.
_____/

## **AFFIDAVIT**

On this day before me, an officer duly authorized in the State and County aforesaid to take

acknowledgments and administer oaths, personally appeared NANCY CIVITARESE who, after

being by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.   My name is NANCY CIVITARESE. I am a Plaintiff in the above-entitled cause, and

     I have personal knowledge of the facts contained herein.

2.   I live in _____L E E_____ county in the state of _F l o r i d a_____.

3.   I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor from

     _1999_ to _2001_.

4.   I work or have worked in an Eckerd store located in _FT. Myers, FL._____

5.   I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three

     years of this lawsuit being filed.

6.   When I worked under forty hours I was paid hourly, and not at a fixed salary.

7.   When I worked over forty hours I was not paid time and one-half.

8.     When I inquired as to why I was not paid time and one-half for my hours worked over forty, I was told by my Store Manager this was Eckerd's nationwide policy.

9.     Upon information and belief, I am aware that there are numerous other Photo-Lab Managers/Supervisors who are improperly paid overtime and if notified would opt-in to this lawsuit.


FURTHER AFFIANT SAYETH NAUGHT.

_Nancy Civitarese_
NANCY CIVITARESE

STATE OF _Florida_

COUNTY OF _Lee_

Sworn to and subscribed before me this _10th_ day of _December_, 2003, by Nancy Civitarese who is personally known to me or produced _Florida Drivers License_ as identification.

(SEAL)

_Susan L Hansen_
NOTARY PUBLIC


Typed or Printed Name of Notary
MY COMMISSION EXPIRES:

SUSAN L. HANSEN
MY COMMISSION # DD 233267
EXPIRES: February 1, 2006
Bonded Thru Notary Public Underwriters

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2003 DEC 17  PM 1: 36

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

         Plaintiffs,

vs.                           CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

         Defendant.
_____/

## **AFFIDAVIT**

On this day before me, an officer duly authorized in the State and County aforesaid to take

acknowledgments and administer oaths, personally appeared MARK LOVELY who, after being by

me first duly cautioned and sworn, upon his/her oath deposes and says;

1.      My name is MARK LOVELY. I have signed a consent to join in the above-entitled

         cause, and I have personal knowledge of the facts contained herein.

2.      I live in ___*LEE*___ county in the state of *FloRIDA*.

3.      I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor

         from approximately *Oct 1997* to *May 2001*.

4.      I work or have worked at an Eckerd store located in

         *South Carolina & SouthWest Florida*

5.      I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three

         years of this lawsuit being filed.

6.      When I worked under forty hours I was paid hourly, and not at a fixed salary.

7.     When I worked over forty hours I was not paid time and one-half.

8.     I was told at the time of hiring that a fifty hour work week should be anticipated and I would not be paid time and one-half for hours over forty because that was their nationwide policy. I was told this by the District Photo Manager.

9.     When I heard of this lawsuit I chose to opt-in as a consenting Plaintiff.

10.    Upon information and belief, I am aware that there are numerous other Photo-Lab Managers/Supervisors who are improperly paid overtime and if notified would opt-in to this lawsuit.


FURTHER AFFIANT SAYETH NAUGHT.

MARK LOVELY

STATE OF _FL_

COUNTY OF _Lee_

Sworn to and subscribed before me this _11_ day of _December_, 2003, by Mark Lovely who is personally known to me or produced _FLD U40-557-47-348-0_ as identification.

(SEAL)

Christine Dedio
My Commission DD080374
Expires December 25, 2006

Christine Dedio
NOTARY PUBLIC

Christine Dedio
Typed or Printed Name of Notary
MY COMMISSION EXPIRES:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2003 DEC 17 PH 1: 36

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

Plaintiffs,

vs.                                    CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

Defendant.
_____/

## AFFIDAVIT

On this day before me, an officer duly authorized in the State and County aforesaid to take

acknowledgments and administer oaths, personally appeared SHEILA PREVOST who, after being

by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.  My name is SHEILA PREVOST. I have signed a consent to join in the above-entitled

    cause, and I have personal knowledge of the facts contained herein.

2.  I live in _CAPE CORAL, LEE_ county in the state of _FL._.

3.  I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor

    from approximately _12, 2000_ to _Sept, 2001_.

4.  I work or have worked at an Eckerd store located in

    _LEE COUNTY_.

5.  I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three

    years of this lawsuit being filed.

6.  When I worked under forty hours I was paid hourly, and not at a fixed salary.

7.   When I worked over forty hours I was not paid time and one-half.

8.   When I inquired as to why I was not paid time and one-half for my hours worked

     over forty, I was told by Eric Dent, who to my knowledge, was Photo-Lab District

     Store Manager, that this was Eckerd's Nationwide policy.

9.   When I heard of this lawsuit I chose to opt-in as a consenting Plaintiff.

10.  Upon information and belief, I am aware that there are numerous other Photo-Lab

     Managers/Supervisors who are improperly paid overtime and if notified

     would opt-in to this lawsuit.


                    FURTHER AFFIANT SAYETH NAUGHT.



                                      SHEILA PREVOST

STATE OF _____ FL _____

COUNTY OF _____ lee _____

     Sworn to and subscribed before me this _Io_ day of ___Dec___, 2003, by Sheila

Prevost who is personally known to me or produced _____ as

identification.

(SEAL)
                              _____
                                   NOTARY PUBLIC


                              _____
                              Typed or Printed Name of Notary
                              MY COMMISSION EXPIRES:

                              BILL B. BERKE
                              ...SSION # DD 251670
                              ...ptember 18, 2007
                              ...ry Public Underwriters

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2009 DEC 17  PM 1: 36

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

        Plaintiffs,

vs.                              CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

        Defendant.

_____/

## **AFFIDAVIT**

On this day before me, an officer duly authorized in the State and County aforesaid to take acknowledgments and administer oaths, personally appeared MANDIE HATTAWAY who, after being by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.     My name is MANDIE HATTAWAY. I have signed a consent to join in the above-entitled cause, and I have personal knowledge of the facts contained herein.

2.     I live in _Brevard_ county in the state of _Florida_.

3.     I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor from approximately _4/93_ to _5/03_.

4.     I work or have worked at an Eckerd store located in _Rockledge_.

5.     I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three years of this lawsuit being filed.

6.     When I worked under forty hours I was paid hourly, and not at a fixed salary.

7.  When I worked over forty hours I was not paid time and one-half.

8.  When I inquired as to why I was not paid time and one-half for my hours worked over forty, I was told by my District Manager that this was Eckerd's Natiowide policy.

9.  When I heard of this lawsuit I chose to opt-in as a consenting Plaintiff.

10. Upon information and belief, I am aware that there are numerous other Photo-Lab Managers/Supervisors who are improperly paid overtime and if notified would opt-in to this lawsuit.

FURTHER AFFIANT SAYETH NAUGHT.

*Mandie Hattaway*
MANDIE HATTAWAY

STATE OF __FLORIDA__

COUNTY OF __BREVARD__

Sworn to and subscribed before me this __14__ day of __DECEMBER__, 2003, by Mandie Hattaway who is <u>personally known to</u> me or produced_____ as identification.

(SEAL)

*Cristy E Safko*
NOTARY PUBLIC

*Cristy Safko*
Typed or Printed Name of Notary
MY COMMISSION EXPIRES: 7-1-05

CRISTY E. SAFKO
My Comm Exp. 7/1/05
No. DD 088296
Personally Known [ ] Other I.D.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2003 DEC 17  PM 1: 36

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

                Plaintiffs,

vs.                              CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

                Defendant.

_____/

## **AFFIDAVIT**

On this day before me, an officer duly authorized in the State and County aforesaid to take acknowledgments and administer oaths, personally appeared JAMES WOLFF who, after being by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.      My name is JAMES WOLFF. I have signed a consent to join in the above-entitled cause, and I have personal knowledge of the facts contained herein.

2.      I live in _Sarasota_ county in the state of _Florida_.

3.      I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor from approximately _1989_ to _2003_.

4.      I work or have worked at an Eckerd store located in

      _North Port Florida_.

5.      I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three years of this lawsuit being filed.

6.      When I worked under forty hours I was paid hourly, and not at a fixed salary.

7.      When I worked over forty hours I was not paid time and one-half.

8.      When I inquired as to why I was not paid time and one-half for my hours worked over forty, I was told by my Photo-Lab District Manager, that this was Eckerd's Natiowide policy.

9.      When I heard of this lawsuit I chose to opt-in as a consenting Plaintiff.

10.     Upon information and belief, I am aware that there are numerous other Photo-Lab Managers/Supervisors who are improperly paid overtime and if notified would opt-in to this lawsuit.

FURTHER AFFIANT SAYETH NAUGHT.

_James Wolff_

JAMES WOLFF

STATE OF Florida

COUNTY OF SARASOTA

Sworn to and subscribed before me this 15 day of December, 2003, by James Wolff who is personally known to me or produced W410-459-56 0900 FLA Drivers License as identification.

(SEAL)

PAULA M. LAKE-KIJAK
MY COMMISSION # CC 978182
EXPIRES: October 29, 2004
Bonded Thru Notary Public Underwriters

_Paula M. Lake Kijak_
NOTARY PUBLIC

Paula M. Lake Kijak
Typed or Printed Name of Notary
MY COMMISSION EXPIRES: Oct 29, 2004

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2008 DEC 17 PM 1: 36

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

                    Plaintiffs,

vs.                                          CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

                    Defendant.
_____/

## AFFIDAVIT

On this day before me, an officer duly authorized in the State and County aforesaid to take

acknowledgments and administer oaths, personally appeared RICHARD ROHRBACHER who, after

being by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.  My name is RICHARD ROHRBACHER. I have signed a consent to join in the

    above-entitled cause, and I have personal knowledge of the facts contained herein.

2.  I live in _Manatee_ county in the state of _Florida_.

3.  I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor

    from approximately _4/22/02_ to _present_.

4.  I work or have worked at an Eckerd store located in

    _Bradenton, Florida_.

5.  I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three

    years of this lawsuit being filed.

6.  When I worked under forty hours I was paid hourly, and not at a fixed salary.

7.      When I worked over forty hours I was not paid time and one-half.

8.      When I inquired as to why I was not paid time and one-half for my hours worked

over forty, I was told by my Store Manager that this was Eckerd's Nationwide policy.

9.      When I heard of this lawsuit I chose to opt-in as a consenting Plaintiff.

10.     Upon information and belief, I am aware that there are numerous other Photo-Lab

Managers/Supervisors who are improperly paid overtime and if notified

would opt-in to this lawsuit.

FURTHER AFFIANT SAYETH NAUGHT.

_____
RICHARD ROHRBACHER

STATE OF _Florida_____

COUNTY OF _Manatee_____

Sworn to and subscribed before me this _15_ day of _December_, 2003, by Richard

Rohrbacher who is personally known to me or produced _____ as

identification.

(SEAL)

_____
NOTARY PUBLIC

_DIANA DAVIS_____
Typed or Printed Name of Notary
MY COMMISSION EXPIRES: _August 14, 2006_

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2003 DEC 17  PM 1: 37

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

          Plaintiffs,

vs.                             CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

          Defendant.

_____/

## **AFFIDAVIT**

On this day before me, an officer duly authorized in the State and County aforesaid to take acknowledgments and administer oaths, personally appeared JO ANN MARTIN who, after being by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.    My name is JO ANN MARTIN. I have signed a consent to join in the above-entitled cause, and I have personal knowledge of the facts contained herein.

2.    I live in _Saraosta_ county in the state of _Florida_

3.    I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor from approximately _2000_ to _2003_.

4.    I work or have worked at an Eckerd store located in _northport, Florida (Store 0474)_

5.    I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three years of this lawsuit being filed.

6.    When I worked under forty hours I was paid hourly, and not at a fixed salary.

7.      When I worked over forty hours I was not paid time and one-half.

8.      When I inquired as to why I was not paid time and one-half for my  hours  worked

over forty, I was told by my Store Manager that this was Eckerd's

Natiowide policy.

9.      When I heard of this lawsuit I chose to opt-in as a consenting Plaintiff.

10.     Upon information and belief, I am aware that there are numerous other Photo-Lab

Managers/Supervisors who are improperly paid overtime and if notified

would opt-in to this lawsuit.

FURTHER AFFIANT SAYETH NAUGHT.

JO ANN MARTIN

STATE OF _FLORIDA_

COUNTY OF _SARASOTA_

Sworn to and subscribed before me this _14_ day of _December_, 2003, by Jo Ann

Martin who is personally  known  to  me or produced _Personally Known_                   as

identification.

(SEAL)

NOTARY PUBLIC

WANDA J KORTE
Typed or Printed Name of Notary
MY COMMISSION EXPIRES: _6/15/2007_

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2003 DEC 17  PM 1: 37

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

          Plaintiffs,

vs.                          CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

          Defendant.
_____/

## AFFIDAVIT

On this day before me, an officer duly authorized in the State and County aforesaid to take

acknowledgments and administer oaths, personally appeared WILLIAM PUCKETT who, after being

by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.    My name is WILLIAM PUCKETT. I have signed a consent to join in the above-

      entitled cause, and I have personal knowledge of the facts contained herein.

2.    I live in _Pinellas_ county in the state of _Florida_.

3.    I work or have worked for Eckerd as a Photo Lab Manager/Supervisor

      from approximately 2/15/2000 to 3/1/2003

4.    I work or have worked at an Eckerd store located in store
      11211 Park Blvd. Seminole, Fl. #42 + 15222 Municiple Drive
      Mediera Beach, Fla.
      Store #245

5.    I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three

      years of this lawsuit being filed.

6.    When I worked under forty hours I was paid hourly, and not at a fixed salary.

7.     When I worked over forty hours I was not paid time and one-half.

8.     When I inquired as to why I was not paid time and one-half for my hours worked over forty, I was told by my Area Manager, Chris Benton, that this was Eckerd's Natiowide policy.

9.     When I heard of this lawsuit I chose to opt-in as a consenting Plaintiff.

10.    Upon information and belief, I am aware that there are numerous other Photo-Lab Managers/Supervisors who are improperly paid overtime and if notified would opt-in to this lawsuit.

FURTHER AFFIANT SAYETH NAUGHT.

_William Puckett_

WILLIAM PUCKETT

STATE OF _Florida_

COUNTY OF _Pinellas_

Sworn to and subscribed before me this _15_ day of _December_, 2003, by William Puckett who is personally known to me or produced _P230 9315 3 2230 exp 6/2/07_ as identification.

(SEAL)

JEFFERY J. GALINSKY
MY COMMISSION # CC 923544
EXPIRES: March 29, 2004
Bonded Thru Notary Public Underwriters

_____
NOTARY PUBLIC

_Jeffery Galinsky_
Typed or Printed Name of Notary
MY COMMISSION EXPIRES:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2003 DEC 17  PM 1: 37

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

                Plaintiffs,

vs.                                CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

                Defendant.

_____/

## AFFIDAVIT

On this day before me, an officer duly authorized in the State and County aforesaid to take acknowledgments and administer oaths, personally appeared MICHAEL WILLIAMS who, after being by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.    My name is MICHAEL WILLIAMS. I have signed a consent to join in the above-entitled cause, and I have personal knowledge of the facts contained herein.

2.    I live in _Buncombe_ county in the state of _North Carolina_

3.    I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor

    from approximately _Oct 97_ to _Jun 2003_

4.    I work or have worked at an Eckerd store located in

    _Asheville, NC, Candler, NC, Waynesville, NC and Cocoa FL_

5.    I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three years of this lawsuit being filed.

6.    When I worked under forty hours I was paid hourly, and not at a fixed salary.



7.   When I worked over forty hours I was not paid time and one-half.

8.   When I inquired as to why I was not paid time and one-half for my hours worked over forty, I was told by my Photo-Lab District Manager, that this was Eckerd's Natiowide policy.

9.   When I heard of this lawsuit I chose to opt-in as a consenting Plaintiff.

10.  Upon information and belief, I am aware that there are numerous other Photo-Lab Managers/Supervisors who are improperly paid overtime and if notified would opt-in to this lawsuit.


FURTHER AFFIANT SAYETH NAUGHT.

_____
MICHAEL WILLIAMS

STATE OF _North Carolina_

COUNTY OF _Buncombe_

Sworn to and subscribed before me this _12th_ day of _December_, 2003, by Michael Williams who is personally known to me or produced _Drivers License_ as identification.

(SEAL)

_____
NOTARY PUBLIC

JAMES F RATCLIFF
Typed or Printed Name of Notary
MY COMMISSION EXPIRES:
_Nov 2nd 2008_

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA    2003 DEC 17  PM 1: 37
FT. MYERS DIVISION

LANCE TEBLUM,
BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE,
RHONDA KLINE,

                    Plaintiffs,

vs.                                     CASE NO: 2:03-CV-495-FTM-29DNF

ECKERD CORPORATION OF FLORIDA INC,
And ECKERD CORPORATION,

                    Defendant.
_____/

## AFFIDAVIT

On this day before me, an officer duly authorized in the State and County aforesaid to take acknowledgments and administer oaths, personally appeared DANELLE CURL who, after being by me first duly cautioned and sworn, upon his/her oath deposes and says;

1.    My name is DANELLE CURL. I have signed a consent to join in the above-entitled cause, and I have personal knowledge of the facts contained herein.

2.    I live in ____PASCO____ county in the state of ____Florida____.

3.    I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor from approximately 1996 to 2000 .

4.    I work or have worked at an Eckerd store located in

    Holiday .

5.    I work or have worked for Eckerd as a Photo-Lab Manager/Supervisor within three years of this lawsuit being filed.

6.    When I worked under forty hours I was paid hourly, and not at a fixed salary.

7.      When I worked over forty hours I was not paid time and one-half.

8.      When I inquired as to why I was not paid time and one-half for my hours worked

over forty, I was told by my ~~Store Manager~~, that this was Eckerd's Natiowide

*Express Photo Supervisor (De)*

policy.

9.      When I heard of this lawsuit I chose to opt-in as a consenting Plaintiff.

10.     Upon information and belief, I am aware that there are numerous other Photo-Lab

Managers/Supervisors who are improperly paid overtime and if notified

would opt-in to this lawsuit.


FURTHER AFFIANT SAYETH NAUGHT.

DANELLE CURL

STATE OF _Florida_

COUNTY OF _Pasco_

Sworn to and subscribed before me this 15th day of _December_, 2003, by Danelle

Curl who is personally known to me or produced _____ as

identification.

(SEAL)

NOTARY PUBLIC

Typed or Printed Name of Notary

MY COMMISSION EXPIRES:

STACEY L CURL
Notary Public, State of Florida
My Comm. Expires Aug. 24, 2007
No. DD244161

2