UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LANCE TEBLUM, BERNADETTE TEBLUM,
JOYCE BRINDLE, f/k/a Joyce
Cunliffe, NANCY CIVITARESE, RHONDA
KLINE, et. al.,

        Plaintiffs,

vs.                      Case No.   2:03-cv-495-FtM-33DNF

ECKERD CORPORATION,

        Defendant.
_____/

## ORDER

This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #652), entered on April 4, 2005, recommending that Rhonda Kline's claims be stricken from all pleadings and she be dismissed from this action.  As of this date, Rhonda Kline has not filed objections to the report and recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject

or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motions.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #24) is **ACCEPTED** and **ADOPTED**. The Clerk is directed to strike Rhonda Kline's claims from the pleadings and dismiss her from the action.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 22nd day of April, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record