```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

LANCE TEBLUM, BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE, and RHONDA KLINE,

                              Plaintiffs,

vs.                                       Case No. 2:03-cv-495-FtM-33DNF

ECKERD CORPORATION OF FLORIDA, INC.,
ECKERD CORPORATION,

                              Defendants.
_____/

**ORDER**

This matter comes before the Court on Plaintiffs' Motion to Proceed with "Bellwether" Trials (Doc. # 703), which was filed on July 5, 2005. Defendant filed a Memorandum of Law in Opposition to Plaintiffs' Motion to Proceed with Bellwether Trials (Doc. # 704) on July 19, 2005.

Plaintiffs seek an order allowing Plaintiffs to proceed with "Bellwether" trials.[1]

---

[1] The court in In re: Chevron, 109 F.3d 1016, 1019 (5th Cir. 1997), described "bellwether trials" as follows:

> A bellwether trial is designed to achieve its value ascertainment function for settlement purposes or to answer troubling causation or liability issues common to the universe of claimants has a core element representativeness– that is, the same must be a randomly selected one of sufficient size so as to achieve statistical significance to the desired level of confidence in the result obtained. Such samples are selected by the application of the science of inferential statistics. The essence of the science of inferential

As pointed out by Defendant, this Court has issued several orders finding the named Plaintiffs to be the appropriate representatives of the opt-in Plaintiffs in this case. Particularly, on December 22, 2003, this Court granted Plaintiffs' motion for class wide notification and approved the "Notice to Class" which states in part as follows: "If you choose to join this lawsuit, you will be bound by the judgment, whether it is favorable or unfavorable. . . . By joining this lawsuit, you designate the representative Plaintiffs as your agent[s] to make decisions on your behalf concerning the litigation . . . . These decisions and agreements made and entered into by the representative Plaintiffs will be binding on you if you join this lawsuit." (Doc. # 96 at 8-12).

Thousands of individuals have opted into this lawsuit after designating the named Plaintiffs in this cause to represent their FLSA claims.

Although the named Plaintiffs in this suit have so far represented the many opt-in Plaintiffs in this suit, Plaintiffs now desire to proceed with "bellwether" trials, and to substitute opt-in Plaintiff Brandon Myers for present named-Plaintiff Bernadette Teblum.

There are a variety of valid bases to deny the present motion

---

statistics is that one may confidently draw inferences about the whole from a representative sample of the whole.

to proceed with "Bellwether" trials. The Court denies the motion as an imprudent allocation of judicial resources.

Accordingly, it is now

**ORDERED, ADJUDGED, and DECREED**:

1. Plaintiffs' Motion to Proceed with "Bellwether" Trials (Doc. # 703) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this <u>7th</u> day of February 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel of Record