```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

LANCE TEBLUM, BERNADETTE TEBLUM,
JOYCE BRINDLE F/K/A JOYCE CUNLIFFE,
NANCY CIVITARESE, and RHONDA KLINE,

                            Plaintiffs,

vs.                            Case No. 2:03-cv-495-FtM-33DNF

ECKERD CORPORATION OF FLORIDA, INC.,
ECKERD CORPORATION,

                            Defendants.
_____/

## ORDER

This matter comes before the Court on Defendant Eckerd Corporation's Unopposed Motion to Bifurcate Trial as to Liability and Damages (Doc. # 695), which was filed on June 8, 2005. Plaintiffs filed a Response to Defendant's Unopposed Motion to Bifurcate Trial as to Liability and Damages (Doc. # 696) on June 13, 2005.

Defendant seeks an order bifurcating the issues of liability and damages at trial pursuant to Federal Rule of Civil Procedure 42(b), which states:

> The court, in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy, may order a separate trial of any claim, cross-claim, counterclaim, or third-party claim, or of any separate issue or of any number of claims, cross-claims, counterclaims, third-party claims, or issues, always preserving inviolate the right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statute of the United States.

The unopposed motion explains: "The calculation of damages, given the involvement of 2079 Opt-in Plaintiffs, would be extraordinarily cumbersome at best, and unnecessary should the jury and/or Court determine that there is no liability. If liability were determined, the amount of damages is a mathematical certainty. Indeed, in the event that liability was established, it is most probable that the parties will be able to stipulate and agree to the amount of damages." (Doc. # 695 at 3).

Although the present motion is titled as an "unopposed" motion, Defendant asserts that Plaintiffs do oppose some of the legal analysis contained in the motion to bifurcate. Plaintiffs' response in opposition to the motion to bifurcate states that Plaintiffs agree that the trial should be bifurcated between the issues of liability and damages. Plaintiffs' opposition relates to the presentation of evidence from Plaintiffs other than the named opt-in Plaintiffs at trial. As the issue of bifurcation is the subject of the present motion, and no opposition to bifurcation exists, the Court finds it appropriate to grant the motion to bifurcate the trial.

Accordingly, it is now

**ORDERED, ADJUDGED, and DECREED:**

1. Defendant Eckerd Corporation's Unopposed Motion to Bifurcate

Trial as to Liability and Damages (Doc. # 695) is **GRANTED**.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this <u>7th</u> day of February 2006.

                                                                    _____
                                                                    VIRGINIA M. HERNANDEZ COVINGTON
                                                                    UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record